**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MARTIN SMOLOWITZ, On Behalf of Himself and All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>IBIS TECHNOLOGY CORP, and MARTIN J. REID, )<br>)<br>Defendants. ) | **CIVIL ACTION
NO. 03-12613 (RCL)** |

(Additional Captions Below)

| | |
|---|---|
| FRED DEN, On Behalf of Himself and All Others Similarly Situated,  )<br>)<br>Plaintiff,   )<br>)<br>vs.   )<br>)<br>IBIS TECHNOLOGY CORP, and MARTIN J. REID,   )<br>)<br>Defendants.   )<br>) | **CIVIL ACTION<br>NO. 04-10060-(RCL)** |
| JEFFREY WEINSTEIN, On Behalf of Himself and All Others Similarly Situated,   )<br>)<br>Plaintiff,   )<br>)<br>vs.   )<br>)<br>IBIS TECHNOLOGY CORP, and MARTIN J. REID,   )<br>)<br>Defendants.   )<br>) | **CIVIL ACTION<br>NO. 04-10088-(RCL)** |
| GEORGE HARRISON, On Behalf of Himself and All Others Similarly Situated,   )<br>)<br>Plaintiff,   )<br>)<br>vs.   )<br>)<br>IBIS TECHNOLOGY CORP, and MARTIN J. REID,   )<br>)<br>Defendants.   )<br>) | **CIVIL ACTION<br>NO. 04-10286-(RCL)** |

| | |
|---|---|
| ELEANOR PITZER, On Behalf of Herself and All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) **CIVIL ACTION** ) **NO. 04-10446(RCL)** ) |
| IBIS TECHNOLOGY CORP, and MARTIN J. REID, | ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that effective May 4, 2004, the law firm of Shapiro Haber & Urmy LLP has the following new address. The telephone and facsimile numbers remain the same.

>Shapiro Haber & Urmy LLP
>Exchange Place
>53 State Street
>Boston, MA 02109

Dated: May 6, 2004

>/s/ Theodore Hess-Mahan
>Thomas G. Shapiro BBO # 454680
>Theodore M. Hess-Mahan BBO # 557109
>Shapiro Haber & Urmy LLP
>53 State Street
>Boston, MA 02108
>(617) 439-3939